UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO.3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>CAPPURO AG SOLUTIONS, LLC,<br><br>Defendant. | Case No. 21-cv-09683-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT MOTION TO ENFORCE SETTLEMENT AGREEMENT AND TO GRANT MOTION FOR ATTORNEY FEES**<br><br>Re: Dkt. Nos. 20, 15, 14 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Grant Motion to Enforce Settlement Agreement and to Grant Motion for Attorney Fees. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the motion to enforce the settlement agreement (docket no. 14) is GRANTED. The Plaintiff is awarded the $50,940.01 payment due under the arbitration awards and $5,000.00 in attorney fees incurred prior to the Enforcement Motion. The motion for attorney fees (docket no. 15) is GRANTED. The Plaintiff is awarded $14,280 in attorney fees related to the enforcement of the Settlement Agreement. The Clerk is directed to enter judgment in favor of Plaintiff and to close the file.

**IT IS SO ORDERED.**

Dated:   9/8/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge