UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO.3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPPURO AG SOLUTIONS, LLC,<br><br>        Defendant. | Case No.  21-cv-09683-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation to Grant Motion to Enforce Settlement and to Grant Motion for Attorney Fees,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 8th day of September, 2023.

Mark B. Busby
Clerk of Court

By: _____
    Nikki D. Riley
    Deputy Clerk to the Honorable
    HAYWOOD S. GILLIAM, JR.

United States District Court
Northern District of California