UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL UNION NO.3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>CAPURRO AG SOLUTIONS, LLC,<br><br>Defendant. | Case No. 21-cv-09683-HSG<br><br>**AMENDED JUDGMENT** |

Judgment is hereby entered against CAPURRO AG SOLUTIONS LLC and WESTON CAPURRO personally, consistent with the Court's Order Adopting Magistrate Judge's Report and Recommendation to Grant Motion to Enforce Settlement and to Grant Motion for Attorney Fees, issued on September 8, 2023, and the Court's Order granting Plaintiffs' motion to correct the judgment.  *See* Dkt. Nos. 23, 29.

**IT IS SO ORDERED.**

Dated: 2/1/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge